JAMES BREEZE, as Administrator, etc., of ROBERT BREEZE, Deceased, Respondent, v. THE CITY OF NEW YORK and KATHERINE LAVINE, Appellants.— In an action to recover for the death of plaintiff's intestate, a four-year-old boy, whose body was found in the water that had accumulated within the foundation walls on defendant Lavine's land, a verdict was rendered against both defendants, and judgment entered thereon. Judgment reversed on the law, with costs, and the complaint dismissed, with costs. An owner of land is not liable in damages for injuries to a bare licensee or trespasser resulting from a mere defect in the premises. ( Olsen v. Fennia Realty Co., Inc., 246 N. Y. 641; Vaughan v. Transit Development Co., 222 id. 79, 82; Mendelowitz v. Neisner, 258 id. 181, and cases cited therein.) The city of New York had no control over the premises where the boy was drowned. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.

WILLIAM M. BROWNE, Respondent, v. FRANK L. GARDNER, Appellant. WILLIAM M. BROWNE, JR., an Infant, by MARGARET BROWNE, His Guardian ad Litem, Respondent, v. FRANK L. GARDNER, Appellant.— Action by infant and father to recover, respectively, for personal injuries and loss of services and expenses resulting from an automobile collision. The judgment in favor of the infant is in the sum of $5,128.50, upon a verdict of $5,000; and that of the father is $282.32. The verdict in the father's case was reduced by consent from $236 to $136. Judgment in favor of the adult plaintiff and order denying defendant's motion to set aside the verdict and for a new trial unanimously affirmed, with costs. No opinion. Judgment in favor of the infant plaintiff and order denying defendant's motion to set aside the verdict and for a new trial reversed on the facts and a new trial granted, costs to abide the event, on the ground that the verdict as to the amount of damages is excessive, unless within ten days from the entry of the order hereon the plaintiff stipulate to reduce to $2,500 the amount of the verdict rendered in his favor; in which event the judgment as so reduced and the order are unanimously affirmed, without costs, pursuant to the provisions of section 106 of the Civil Practice Act. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

MARY EMMA CALHOUN, Appellant, v. ELENA GILDERSLEEVE and Others, Defendants; EDITH BAKER, Respondent.— In an action brought to recover damages alleged to have resulted from a claimed conspiracy of the defendants, order granting motion of defendant Edith Baker to dismiss as to her the amended complaint upon the ground that it failed to state facts sufficient to constitute cause of action, with leave to the plaintiff to serve a second amended complaint on terms, and order directing entry of judgment, entered upon plaintiff's failure to comply with those terms, and judgment entered thereon, dismissing the complaint as to defendant Edith Baker, with costs of the action, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.